

# NUMBER 13-06-00493-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**BENJAMIN GONZALEZ SOTO, JR.,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                             **Appellee.**

**On appeal from the 275th District Court of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Benjamin Gonzalez Soto, Jr., by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it.  *See* TEX. R. APP. P. 42.2(a).  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this the 5th day of February, 2009.